1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case Nos. SACR 97-035 AHS
                                      )             SACR 03-140 AHS
12              Plaintiff,            )
                                      )   ORDER OF DETENTION
13        v.                          )
                                      )   [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
14   GERALD McCOMBER,                 )   §3143(a)]
                                      )
15              Defendant.            )

16   ─────────────────────────────────

17        The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable Alicemarie H. Stotler, Chief United States District Judge, for an

19   alleged violation of the terms and conditions of the defendant's supervised release; and

20        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

22   A.   (X)   The defendant has not met his burden of establishing by clear and convincing

23              evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or

24              (c).  This finding is based on the defendant's lack of bail resources, lack of a

25              stable residence, and the nature of the charge offense, which indicates the

26              defendant is unlikely to comply with conditions of release; and

27

28

1  B.    (X)    The defendant has not met his burden of establishing by clear and convincing
2              evidence that he is not likely to pose a danger to the safety of any other person
3              or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4              is based on the nature of the charged offense and defendant's criminal history.
5
6        IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.
8
9
10 Dated: February 26, 2008
11                                    / s /    ARTHUR NAKAZATO
                                      ARTHUR NAKAZATO
12                                    UNITES STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28