O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SACR 97-035 AHS |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION |
| v. | ) [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| GERALD WILLIAM McCOMBER, | ) |
| Defendant. | ) |

    The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, Senior United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),    The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of adequate bail resources, defendant's extensive criminal history that includes a history of felony convictions and related probation revocations that show the defendant is not compliance with Court-imposed conditions of release, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the nature of the charged offense and defendant's extensive criminal history that shows he is recidivist.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 8, 2009

                                        /s/   Arthur Nakazato
                                      ARTHUR NAKAZATO
                        UNITED STATES MAGISTRATE JUDGE